E-Filed: **9/17/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Julie C. Riggs,** | CASE NO. CV 09-03073-GHK (CTx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **MySpace, Inc., et al.** | |
| Defendant. | |

Pursuant to our September 17, 2009 Order dismissing Plaintiff's claims with prejudice, **IT IS HEREBY ADJUDGED** that Defendants shall have judgment against Plaintiff on all claims. Plaintiff shall take nothing by her Complaint.

**IT IS SO ORDERED.**

DATED: September 17, 2009

_____
GEORGE H. KING
United States District Judge